FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 8 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01118-BNB

DENNIS BARDEL,

    Plaintiff,

v.

DELORES MONTOYA (HSA),

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Dennis Bardel, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Fremont Correctional Facility in Cañon City, Colorado. Mr. Bardel initiated this action by submitting *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

    On May 2, 2011, Mr. Bardel was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and ordered to pay an initial partial filing fee of $5.00 within thirty days or show cause as directed why he was unable to do so. Mr. Bardel has failed within the time allowed to pay the initial partial filing fee, show cause why he is unable to do so, or otherwise communicate with the Court in any way.

    Accordingly, it is

    ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff,

Dennis Bardel, within the time allowed, to pay the initial partial filing fee or show cause why he is unable to do so, and for his failure to prosecute. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this __8th__ day of ____June____, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01118-BNB

Dennis Bardel
Prisoner No. 143751
Fremont Correctional Facility
PO Box 999
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 8, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk